24/084

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (615)848-1100**

# PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-567 JMR/FIN Case Title: Christine Prudhomme v. Genuine Parts Company, Napa Distribution Center

## Affidavit of Movant

I, Richard G. Morgan, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Patricia S. Ruark, an attorney admitted to practice in the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the (☐) plaintiff (☒) defendant Genuine Parts Company, Napa Distribution Center in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Richard G. Morgan [signature] — Signature
157053 — MN Attorney License #
6-28-01 — Date

## Affidavit of Proposed Admittee

I, Patricia S. Ruark, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

x Patricia Simon Ruark — Type/Print Name
x [signature] — Signature
x 6/12/01 — Date

Attorney License Number: 658233
Law Firm Name & Address: The Martenson Law Firm LLP
Suite 1500
100 Galleria Parkway, N.W.
Atlanta, GA 30339
Telephone: (770) 818-4300

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk

JUL 06 2001
Date

Note: The Original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above entitled action.

FILED JUL 06 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______