**ORIGINAL**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Christine Prudhomme,

Plaintiff,

v.

Genuine Parts Co., d/b/a Napa Auto Parts, and Dionicio S. Puente, III,

Defendants.

---

Civil No. 01-CV-567 JMR/FLN

**DEFENDANT DIONICIO S. PUENTE, III'S VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

Defendant Dionicio S. Puente, by and through his undersigned counsel, files this Stipulation pursuant to Federal Rule of Civil Procedure 41(a)(2).

The parties to the above-referenced case have entered into a settlement agreement. As a term and condition of the settlement agreement, Defendant Puente agreed to dismiss his Cross-Claim against Defendant Genuine Parts Co., d/b/a Napa Auto Parts.

Therefore, Defendant Puente does hereby stipulate that Defendant Puente's Cross-Claim against Defendant Genuine Parts Co., d/b/a Napa Auto Parts be dismissed with prejudice and without costs to either party.

Dated: 12/13, 2001

LIVGARD & RABUSE, P.L.L.P.

By [signature]

Nelson L. Peralta (#0281347)
Attorney for Defendant Dionicio S. Puente, III
3009 Holmes Avenue South
Minneapolis, MN 55408
Telephone: (612) 827-8123
Facsimile: (612) 827-8916

**ORDER FOR DISMISSAL**

Upon the Stipulation Of Dismissal With Prejudice as executed by Defendant Puente's counsel hereto, and the Court being duly advised in the premises, IT IS ORDERED, that Defendant Puente's Cross-Claim be, and the same hereby is, dismissed with prejudice and without costs to either party.

Date: December 17, 2001

The Honorable James M. Rosenbaum
United States District Judge